UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

APPROXIMATELY $2,944.00 IN
U.S. CURRENCY,

        Defendant.
_____/

NO. CIV. S-07-767 LKK/DAD

O R D E R

A status conference is scheduled for September 4, 2007 in the above-captioned case. It appears that the defendants are in default. Accordingly, the court hereby ORDERS that:

1. The status conference scheduled for September 4, 2007 is VACATED; and

2. Plaintiff is ordered to file a motion for default judgment before the assigned magistrate judge within thirty (30) days.

IT IS SO ORDERED.

DATED: August 31, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT