McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CV-00767-LKK-DAD |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| APPROXIMATELY $2,944.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came on for an *ex parte* hearing before the Honorable Dale A. Drozd on September 28, 2007, on plaintiff United States' motion for default judgment. Assistant U.S. Attorney Kristin S. Door appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed April 20, 2007.

/////

1

 2.  Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimants Bradley Irwin Hakala and Mary Vincent.

 3.  Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Bradley Irwin Hakala and Mary Vincent received actual notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

 4.  That Bradley Irwin Hakala and Mary Vincent be held in default;

 5.  That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

 6.  That a judgment by default be entered against any right, title or interest of potential claimants Bradley Irwin Hakala and Mary Vincent in the defendant currency;

 7.  That a final judgment be entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law.

 8.  That the proposed Default Judgment and Final Judgment of Forfeiture be signed by the Honorable Lawrence K. Karlton and filed by the Clerk of the Court.

DATED: September 28, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

orders.civil/approx$2,944.00.f&r