McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-00767-LKK-DAD |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT AND FINAL |
| ) | JUDGMENT OF FORFEITURE |
| v. ) | |
| ) | |
| APPROXIMATELY $2,944.00 IN ) | |
| U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter came on for hearing before the Honorable Magistrate Judge Dale A. Drozd on plaintiff United States' *ex parte* motion for default judgment. Assistant U.S. Attorney Kristin S. Door appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is ORDERED, ADJUDGED AND DECREED:
/////

1

1       1.   The Magistrate Judge's Findings and Recommendations filed September 28, 2007 are adopted herein.

2       2.   Bradley Irwin Hakala and Mary Vincent are held in default;

3       3.   A judgment by default is hereby entered against any right, title or interest of Bradley Irwin Hakala and Mary Vincent in the defendant currency referenced in the above-caption;

4       4.   A final judgment is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law.

5       5.   All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 16th day of October, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT